UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:09-00251 |
| ) | CHIEF JUDGE HAYNES |
| DARRELL GENE BRILEY ) | |

## AGREED ORDER

Upon the agreement of the parties, the Court hereby ORDERS that the defendant's conditions of supervised release are hereby modified as follows. The Court hereby orders that the defendant shall serve the remainder of the one year period of home detention on electronic monitoring and if the defendant can afford to pay for it, at the discretion of the probation officer, he will be required to contribute to the costs of the electronic monitoring. It is further ORDERED that the hearing scheduled on the petition to modify the conditions of supervision previously scheduled for Friday, August 31, 2012, at 11:00 a.m. is hereby cancelled.

IT IS SO ORDERED.

ENTERED this 31 day of August, 2012.

WILLIAM J. HAYNES, JR.
UNITED STATES CHIEF JUDGE

**APPROVED FOR ENTRY:**

s/ R. David Baker
R. DAVID BAKER (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org
Attorney for Darrell Gene Briley

s/ William Lee Deneke (with permission)
WILLIAM LEE DENEKE
Assistant United States Attorney
110 9th Avenue South, Suite A961
Nashville, TN 37203
(615) 736-5151
Attorney for Government